Troy M. Mueller (State Bar No. 284535)
tmueller@tmmla.com
THE MUELLER FIRM, P.C.
2355 Westwood Boulevard #636
Los Angeles, California 90064
Telephone: (213) 282-6518

Attorneys for Plaintiff
STAR FABRICS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CALESSA SPORTSWEAR INTERNATIONAL, LLC., a New York limited liability company; DILLARD'S, INC., a Delaware corporation; and DOES 1 through 10,<br><br>                    Defendants. | Case No. 2:21-cv-01521-MWF-PLA<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Before: Michael W. Fitzgerald<br>Courtroom: 5A<br><br>Complaint Filed: February 15, 2021<br>Trial Date: September 20, 2022 |

TO THE HONORABLE COURT, INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff, Star Fabrics, Inc. ("Star") and Defendants, Dillard's, Inc. and Calessa Sportswear International, LLC (collectively "Defendants") have reached a settlement of their dispute in the above-entitled action.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Star and Defendants, by and through their counsel of record, hereby stipulate and agree that all claims of Star against Defendants in case number 2:21-cv-01521-MWF-PLA are hereby dismissed with prejudice.

Star and Defendants are to bear their own attorneys' fees and costs in connection with this action.

IT IS SO STIPULATED.

Dated: September 13, 2021  TROY M. MUELLER
THE MUELLER FIRM, P.C.

By: /s/ Troy M. Mueller
    Troy M. Mueller

Attorneys for Plaintiff
Star Fabrics, Inc.

Dated: September 13, 2021  SCOTT P. SHAW
MERCHANT & GOULD, P.C.

By: /s/ Scott P. Shaw
    Scott P. Shaw

Counsel for Defendants
Dillard's, Inc. and
Calessa Sportswear International, LLC

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rules 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

By: /s/ Troy M. Mueller
Troy M. Mueller