JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CALESSA SPORTSWEAR INTERNATIONAL, LLC., a New York limited liability company; DILLARD'S, INC., a Delaware corporation; and DOES 1 through 10,<br><br>                    Defendants. | Case No. 2:21-cv-01521-MWF-PLA<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Before: Michael W. Fitzgerald<br>Courtroom: 5A<br><br>Complaint Filed: February 15, 2021<br>Trial Date: September 20, 2022 |

Before the Court is Plaintiff, Star Fabrics, Inc. ("Star") and Defendants, Dillard's, Inc. and Calessa Sportswear International, LLC (collectively "Defendants") Notice of Settlement and Stipulation to Dismiss Action with Prejudice.  Upon notice that the parties have reached a mutually agreeable settlement and good cause appearing, the court hereby orders Plaintiff, Star's claims against Defendants, in case number 2:21-cv-01521-MWF-PLA dismissed *with prejudice*.  Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  September 13, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge